## United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No. : Clerk's Court Minutes – Initial Appearance/Arraignment

_____

United States of America vs.

_____

| | | |
|---|---|---|
| Gov. Atty(s): | : Indictment | Superseding Indictment    Information |
| Def. Atty(s): | : Complaint | Warrant |
| Court Reporter: | : Code Violation/Offense: | |
| Interpreter: | : | |

_____

Date: :
Time Start:        Time End: :

_____

### Initial Appearance

☐ Defendant Advised of Rights
Representation:    Appointed FPD    Appointed CJA    Retained Counsel
Next Court Event:    Preliminary    Arraignment    Removal Hearing
        Set for:

_____

### Arraignment

| | | |
|---|---|---|
| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

_____

### Custody Status

☐ Government Moved for Detention        Detention Hearing Set:
Court Ordered Defendant:    Released on Bond    Detained

_____

Minutes:




_____

                                                                        Deputy Clerk

**Defendant Johnnathan Monroe Frencher charged in counts:**

21:841(a)(1), 841(b)(1)(C), 846, 851 Conspiracy to Distribute Cocaine (1s)

21:841(a)(1), 841(b)(1)(C), 851 Distribution of Cocaine (2s-6s)

18:1951(a) Conspiracy to Commit Hobbs Act Robbery (7s)

18:1951(a) Attempted Hobbs Act Robbery (8s)

18:924(c)(1)(A)(i) Possession of Firearm in Furtherance of Crime of Violence (9s)

18:922(g)(1), 924(a)(2) Felon in Possession of Firearm (10s)


**Defendant Freddie Lee Frencher, Jr. charged in counts:**

21:841(a)(1), 841(b)(1)(C), 846 Conspiracy to Distribute Cocaine (1s)

18:1951(a) Conspiracy to Commit Hobbs Act Robbery (7s)

18:1951(a) Attempted Hobbs Act Robbery (8s)

18:924(c)(1)(A)(i) Possession of Firearm in Furtherance of Crime of Violence (9s)

18:922(g)(3), 924(a)(2) Unlawful Drug User in Possession of Firearm (11s)

21:841(a)(1), 841(b)(1)(C) Distribution of Cocaine (17s)

21:841(a)(1), 841(b)(1)(C) Possession with Intent to Distribute Cocaine (49s)


**Defendant Conrad Fred Taylor, Jr. charged in counts:**

21:841(a)(1), 841(b)(1)(C), 846, 851 Conspiracy to Distribute Cocaine (1s)

21:841(a)(1), 841(b)(1)(C), 851 Possession with Intent to Distribute Cocaine (40s)

21:841(a)(1), 841(b)(1)(C), 851 Possession with Intent to Distribute Cocaine (53s)


**Defendant Cornelius Neal Pope charged in counts:**

21:841(a)(1), 841(b)(1)(C), 846 Conspiracy to Distribute Cocaine (1s)

21:841(a)(1), 841(b)(1)(C) Possession with Intent to Distribute Cocaine (25s)

21:841(a)(1), 841(b)(1)(C) Possession with Intent to Distribute Cocaine (36s)